UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUE JIAN MAO, GUO BIN LIU,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHER EMPLOYEES SIMILARLY
SITUATED,

Plaintiffs,

-against-

MEE CHI CORP. d/b/a MEE NOODLES,
JIANG QING CHEN, "JOHN" ZHOU, JOHN
DOE and JANE DOE # 1-10,

Defendants.

Case No.: 15-cv-1799

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/16

WHEREAS, Plaintiffs contend that Defendants did not compensate them properly under federal (FLSA) and state (NYLL) wage laws;

WHEREAS, Defendants vehemently deny all allegations of wrongdoing made by Plaintiffs;

WHEREAS, the parties have resolved this matter in its entirety;

WHEREAS, the Court approves of the parties' resolution of this case without further litigation;*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that Plaintiffs' Complaint and any and all claims that were or could have been asserted in this action are hereby discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, and with each party to bear its own costs, expenses, disbursements and attorneys' fees.

\* The Court has reviewed the settlement agreement and finds it to be fair and ~~also~~ reasonable. /s/ JCF

Date: ~~November~~ December 9, 2015

Date: ~~November~~ December 30, 2015

**Hang & Associates, PLLC**
*Attorneys for Plaintiffs Yue Jian Mao, Guo Bin Liu, Jiang Wei, Zhan Jiu Qiu, and Bao Cheng Fu*

_____
Jian Hang, Esq.
136-18 39th Avenue, Suite 1003
Flushing, NY 11354
Tel.: (718) 353-8588

**Xue & Associates, P.C.**
*Attorneys for Defendants Mee Chi Corp. and Jiang Qing Chen*

_____
Benjamin B. Xue, Esq.
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel.: (212) 219-2275

**SO ORDERED:**

_____
~~Honorable Richard J. Sullivan~~
Honorable James C. Francis

Date: 1/4/16